IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JUAN CARLOS DIAZ | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-12-CV-0475-P |
| | § | |
| FIDELITY BANK, ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings

and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. §

636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are

correct, and they are hereby accepted as the Findings of the Court.


SO ORDERED this 30th day of May, 2012.


JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE